RECEIVED IN
The Court of Appeals
Sixth District

JUL 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals July 1, 2015
Sixth District

JUL 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

06-13-00077-CR

Dear Sir /or to whom it may concern:

The enclosed is in regard to the request for a copy of the complete court records regarding Cause No: 06-13-00077-CR, for Sixty Day review. IF it be possible I would like to own the copy of above mentioned records.

Please Respond to:

James W.B. Jackson
1841911
Polunsky Unit
3872 FM 350 South
Livingston, Texas
77351

Thank you & God Bless

James W. Jackson.
James W.B. Jackson.



CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
BAILEY C. MOSELEY
RALPH K. BURGESS

# Court of Appeals
## Sixth Appellate District
## State of Texas

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
903/798-3046

June 11, 2015

James W.B. Jackson
TDCJ-ID#1841911
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

In Re:          James Jackson v. State of Texas
Cause No:       06-13-00077-CR

In response to your recent correspondence to the Court:

()          This case has not been filed in this Court of Appeals as of this date.

()          Your case was filed in this Court on

()          The date of submission of your case to the Court is not presently known.

()          Your case is set for oral argument on

(X)          To receive a copy of the reporter's record, you would need to forward a money order made out to the Sixth Court of Appeals in the amount of $77.00.   Upon receipt of the money order, the copies will be mailed to you.

Clerk's Office

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Eastern_ DISTRICT OF TEXAS
### _Lufkin_ DIVISION

_James W.B. Jackson 1841911_
Plaintiff's name and ID Number

_Polunsky Unit_
Place of Confinement

CASE NO._____

_____(Clerk will assign the number)_

V.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

_State of Texas_
Defendant's name and address

I, _James W.B. Jackson_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?          Yes ☐   No ☑
    b.  Rent payments, interest or dividends?                  Yes ☐   No ☑
    c.  Pensions, annuities or life insurance payments?        Yes ☐   No ☑
    d.  Gifts or inheritances?                                 Yes ☑   No ☐
    e.  Family or friends?                                     Yes ☐   No ☑
    f.  Any other sources?                                     Yes ☐   No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _I received a gift of ($45.00) fourty five dollars for the purpose of Hygiene and Stationary_

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☐        No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____

    _____

1

☆ATCIFP (REV. 9/02)

3.   Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____1_____ day of _____July_____, 20 15.

James W. B Jackson          1841911
Signature of Plaintiff                          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        07/01/15
1EEQ/GS00033              IN-FORMA-PAUPERIS DATA                  06:41:10
TDCJ#: 01841911 SID#: 08663788 LOCATION: POLUNSKY       INDIGENT DTE: 06/02/15
NAME: JACKSON,JAMES WESLEY BROOKS        BEGINNING PERIOD: 01/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      90.00
6MTH DEP:             90.00 6MTH AVG BAL:       19.77 6MTH AVG DEP:      15.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/15      81.48           0.00          03/15      0.00          0.00
05/15      90.00          90.00          02/15      0.18          0.00
04/15       0.00           0.00          01/15     53.65          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Polk_
ON THIS THE _1_ DAY OF _July_ ,_15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



HENRY DENNIS COKER
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 08/14/2016
NOTARY WITHOUT BOND